UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SAMUEL CAMPBELL,<br>Defendant. | Case No. 15-cr-00509-SI-1<br><br>**ORDER** |

The Court has received several voice messages from Mr. Campbell providing an update about his situation and asking whether the undersigned can assume jurisdiction over his case. The Court informs Mr. Campbell that because this case was transferred to the Northern District of New York, this Court no longer has jurisdiction over this case.

**IT IS SO ORDERED**.

Dated: February 15, 2022

SUSAN ILLSTON
United States District Judge